# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laura A. Morgan,<br>Plaintiff,<br>vs.<br>Michael J. Astrue, Comm'r of Social Security,<br>Defendant. | CV-07-345-TUC-DCB (GEE)<br><br>ORDER |

Magistrate Judge Edmonds issued her Report and Recommendation on April 4, 2008, recommending that the District Court, after its independent review, grant the Plaintiff's Motion for Summary Judgment, deny the Defendant's Cross-Motion, and remand for payment of benefits. A copy was sent to and received by all parties on April 4, 2008 electronically. No objections to the Magistrate Judge's thorough and well-considered Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Edmond's Report and Recommendation (Doc. No. 17) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED, Defendant's Cross-Motion for Summary Judgment is DENIED, and this action is remanded to the Commissioner for an award of disability benefits to Plaintiff. This action is dismissed and the case terminated. Final Judgment will enter separately.

DATED this 22nd day of April, 2008.

1
2
3                                              _____
4                                              David C. Bury
                                               United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28